FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

2005 DEC 22 AM 11:07

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:05cr581 |
| | ) | |
| | ) | Judge O'Malley |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **WAIVER OF DETENTION HEARING** |
| | ) | **AND ORDER** |
| DANNY LEE BROWN, | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge McHargh |

Danny Lee Brown, the above named defendant, accused of having violated Title 21 USC Section(s) 841(a)(1), (b)(1)(B) and 860, advised of the nature of the charge and of his/her rights, and under advice of counsel, waives in open court his/her right to a detention hearing and consent that he/she be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i), with the right to revisit the issue of detention at a later date.

_____
Defendant

_____
Counsel for Defendant

IT IS SO ORDERED.

Approved: _____
KENNETH S. MCHARGH
U.S. Magistrate Judge

Date: